# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

CHARLES REGINALD SWADER  
654 WADE RD  
MURFREESBORO, TN  37130

Case No. **17-03663-RM3-13**

JUDGE RANDAL S MASHBURN

SSN XXX-XX-1143

## TRUSTEE'S NOTICE OF CLAIMS FILED IN THE ABOVE STYLED CASE

Comes now the standing Chapter 13 Trustee who hereby serves notice that the following claims have been filed in the above styled case. The deadline for filing non government claims in this case was **October 09, 2017**. The deadline for filing claims by governmental units was **November 22, 2017**. After such examination the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| STERLING INC DBA KAY JEWELERS<br>% WELTMAN WEINBERG & REIS<br>P O BOX 93784<br>CLEVELAND, OH  44104 | $2,580.37<br>DATE FILED: 6/14/2017 | SECURED CREDITOR (F)<br>Disb level: 21<br><br>ACCT: **9793**<br>COMM: WATCHES |
| | TRUSTEE'S CLAIM NO: 1<br>PERCENT ALLOWED: **100.00 % + 5.50%** | COURT'S CLAIM# 2 |
| UNITED STATES TREASURY<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $1,869.58<br>DATE FILED: 7/3/2017 | PRIORITY CREDITOR (C)<br>Disb level: 31<br><br>ACCT: **1143**<br>COMM: 16 TAXES/AMENDED |
| | TRUSTEE'S CLAIM NO: 2<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 1 |
| 1305 CLAIM<br>NO ADDRESS GIVEN<br>,   00000 | $0.00<br>DATE FILED: NOT FILED | UNSECURED - 1305 (O)<br>Disb level: 42<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 3<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | **$1,909.68**<br>DATE FILED: 10/9/2017 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5771**<br>COMM: BARCLAYCARD |
| | TRUSTEE'S CLAIM NO: 4<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 13 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | **$2,736.26**<br>DATE FILED: 9/19/2017 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4422**<br>COMM: CAPITAL ONE BANK USA NA |
| | TRUSTEE'S CLAIM NO: 5<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 8 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | **$463.09**<br>DATE FILED: 9/19/2017 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5891**<br>COMM: CAPITAL ONE BANK USA NA |
| | TRUSTEE'S CLAIM NO: 6<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 9 |
| MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603 | **$2,116.87**<br>DATE FILED: 8/15/2017 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4678**<br>COMM: CC |
| | TRUSTEE'S CLAIM NO: 7<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 3 |
| CITIBANK NA<br>QUANTUM3 GROUP<br>P O BOX 280<br>KIRKLAND, WA  98083 | **$373.79**<br>DATE FILED: 10/10/2017 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **9359**<br>COMM: BEST BUY VISA |
| | TRUSTEE'S CLAIM NO: 8<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 14 |

| | | |
|---|---|---|
| QUANTUM3 GROUP LLC<br>AS AGENT FOR MOMA FUNDING<br>P O BOX 788<br>KIRKLAND, WA 98083 | **$691.21**<br>DATE FILED: 9/19/2017 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0563**<br>COMM: VICTORIAS SECRET COMENITY BANK |
| | TRUSTEE'S CLAIM NO: 9<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 10 |
| PATHLAB OF MIDDLE TENNESSEE P<br>FINANCIAL DATA SYSTEMS<br>1638 MILITARY CUTOFF RD<br>WILMINGTON, NC 28403 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5691**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 10<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL 60677 | **$1,182.68**<br>DATE FILED: 9/14/2017 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4446**<br>COMM: FIRST PREMIER BANKCARD |
| | TRUSTEE'S CLAIM NO: 11<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 6 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL 60677 | **$482.29**<br>DATE FILED: 9/14/2017 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0902**<br>COMM: FIRST PREMIER BANKCARD |
| | TRUSTEE'S CLAIM NO: 12<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 5 |
| LENDING CLUB CORP<br>71 STEVENSON ST STE 300<br>SAN FRANCISCO, CA 94105 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4323**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 13<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603 | **$2,953.89**<br>DATE FILED: 9/18/2017 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4186**<br>COMM: WEBBANK |
| | TRUSTEE'S CLAIM NO: 14<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 7 |
| SYNCB ELECTRONICS EXPR<br>P O BOX 965064<br>ORLANDO, FL  32896 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1066**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 15<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| MIDLAND CREDIT MANAGEMENT<br>AS AGENT FOR MIDLAND FUNDING LLC<br>P O BOX 2011<br>WARREN, MI  48090 | **$316.20**<br>DATE FILED: 9/21/2017 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1314**<br>COMM: SYNCHRONY BANK   JCPENNEY |
| | TRUSTEE'S CLAIM NO: 16<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 11 |
| SYNCHRONY BANK SAMS CLUB<br>BANKRUPTCY DEPT<br>P O BOX 965060<br>ORLANDO, FL  32896 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4873**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 17<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| SYNCHRONY BANK WALMART<br>ATTN BANKRUPTCY DEPT<br>P O BOX 965060<br>ORLANDO, FL  32896 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **6090**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 18<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| UNITED STATES TREASURY<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | **$186.87**<br>DATE FILED: 7/3/2017 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1143**<br>COMM: AMENDED |
| | TRUSTEE'S CLAIM NO: 19<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 1 |
| INSOLVE AUTO FUNDING<br>CAPITAL RECOVERY GROUP<br>DEPT 3403 P O BOX 123403<br>DALLAS, TX  75312 | **$16,000.00**<br>DATE FILED: 8/21/2017 | AUTOMOBILE LOAN (V)<br>Disb level: 21<br><br>ACCT: **3700**<br>COMM: 13 CHEVY MALIBU  /E/ |
| | TRUSTEE'S CLAIM NO: 20<br>PERCENT ALLOWED: **100.00 % + 22.00%** | COURT'S CLAIM# 4 |
| REGIONAL MANAGEMENT CORPORATION<br>979 BATESVILLE RD STE B<br>GREER, SC  29651 | **$375.32**<br>DATE FILED: 10/3/2017 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8017**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 21<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 12 |

TOTAL                                                                $38,049.10

    The Trustee proposes to pay on such claims in accordance with the confirmed plan, unless such claims are disallowed.

Accordingly, the Trustee notifies the court and the debtor that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan.

| | | |
|---|---|---|
| 12/12/17<br>DATE | DT<br>INITIALS | /s/ Henry E. Hildebrand, III<br>HENRY E. HILDEBRAND, III<br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203<br>PHONE: 615-244-1101<br>FAX: 615-242-3241<br>pleadings@ch13nsh.com |

cc: HENRY E. HILDEBRAND, III

CHARLES REGINALD SWADER
654 WADE RD
MURFREESBORO, TN  37130

LONG BURNETT AND JOHNSON PLLC
302 42ND AVE NO
NASHVILLE, TN  37209