IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
    **CHARLES REGINALD SWADER** )     CASE NO. 3:17-bk-03663
)     CHAPTER 13
    **Debtor.** )     JUDGE RANDAL S. MASHBURN

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: 5/7/2020**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: 5/20/2020, AT 8:30 A.M. IN COURTROOM 1, SECOND FLOOR, CUSTOMS HOUSE, 701 BROADWAY, NASHVILLE, TENNESSEE 37203.**

### NOTICE OF MOTION TO MODIFY PLAN
### TO TEMPORARILY SUSPEND CHAPTER 13 PLAN PAYMENTS
### DUE TO IMPACT OF COVID-19 FOR A PERIOD OF 60 DAYS

    Charles Reginald Swader has asked the court for the following relief: to temporarily suspend chapter 13 plan payments due to impact of COVID-19 for a period of 60 days.

    **YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1.     File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>.

    If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2.     Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

    If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by viewing the case on the court's website at https://ecf.tnmb.uscourts.gov.

    If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Date:     April 15, 2020                        */s/ Alise Housden*
                                                                            Alise Housden, TN BPR #34282
                                                                            *Attorney for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHARLES REGINALD SWADER ) | CASE NO. 3:17-bk-03663 |
| ) | CHAPTER 13 |
| Debtor. ) | JUDGE RANDAL S. MASHBURN |

## MOTION TO MODIFY PLAN
## TO TEMPORARILY SUSPEND CHAPTER 13 PLAN PAYMENTS
## DUE TO IMPACT OF COVID-19 FOR A PERIOD OF 60 DAYS

Comes Charles Reginald Swader, by and through counsel, and hereby moves this court for an order temporarily suspending chapter 13 plan payments for a period of 60 days. In support of the motion, movant would show the following:

1. The Debtor's income has been impacted by the COVID-19 pandemic. *Please see the attached statement by the Debtor.*

2. Debtor is a truck driver at Venture Express.

3. Debtor's employer has closed to help prevent the spread of the virus.

4. Debtor is not aware of how long the impact will last or when he may return to work.

5. The Debtor has applied for unemployment but is not yet aware of the amount or if they will receive benefits.

6. Despite Debtor's best efforts, funding of the plan will leave the Debtor without sufficient income to meet necessary living expenses.

7. This suspension will allow the plan to complete within 60 months.

8. Debtor proposes:

    a. The plan payments be suspended for 60 days beginning upon the filing of the Motion suspending Chapter 13 Plan payments.

    b. During the period of suspension, the Trustee refund to the Debtor any funds received.

c. After the period of suspension, plan payments remain at $168.25 weekly.

d. The guaranteed minimum dividend to allowed unsecured claim remain at 20%.

e. After the period of suspension, the Debtor make all future payments in accordance with the confirmed Chapter 13 plan.

WHEREFORE, PREMISES CONSIDERED, Charles Reginald Swader prays for an order temporarily suspending chapter 13 plan payments for a period of 60 days beginning with the filing of this motion.

Respectfully submitted,

*/s/Alise Housden*
Alise Housden TN Bar# 034282
Long, Burnett & Johnson, PLLC
302 42nd Avenue North
Nashville, TN 37209
T: 615-386-0075
F: 615-864-8419
ecfmail@tennessee-bankruptcy.com

*Attorney for Debtor*



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
CHARLES REGINALD SWADER ) CASE NO. 3:17-bk-03663
) CHAPTER 13
Debtor. ) JUDGE RANDAL S. MASHBURN

**ORDER MODIFYING PLAN
TO TEMPORARILY SUSPEND DEBTOR'S CHAPTER 13 PLAN PAYMENTS
FOR A PERIOD OF 60 DAYS**

Upon consideration of Debtor's Motion to Suspend Chapter 13 Plan Payments due to impact of COVID-19, it appears to the Court that notice of said motion pursuant to LBR 9013 has been given. It further appears to the Court no objections, responses or otherwise have been filed within the twenty-one (21) day response period. It is therefore:

ORDERED that the Debtor's Chapter 13 plan payments be suspended for a period of 60 days beginning on the date the Motion was file due to the impacts of COVID-19. It is further

ORDERED that the Chapter 13 Trustee shall refund any funds received to the Debtor during the period of suspension. It is further

ORDERED that after the period of suspension, the plan payments remain at $168.25 weekly. It is further

ORDERED that the guaranteed minimum dividend payable to the general unsecured creditors and the treatment of all secured creditors shall remain at 20%. It is further

ORDERED that it is the obligation of the Debtor to make all future payments after the expiration of this temporary suspension in accordance with the confirmed Chapter 13 plan.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

Approved For Entry By:

*/s/Alise Housden*
Alise Housden TN Bar# 034282
Long, Burnett & Johnson, PLLC
302 42nd Avenue North
Nashville, TN 37209
T: 615-386-0075
F: 615-864-8419
ecfmail@tennessee-bankruptcy.com

*Attorney for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CHARLES REGINALD SWADER** | ) | **CASE NO. 3:17-bk-03663** |
| | ) | **CHAPTER 13** |
| Debtor. | ) | **JUDGE RANDAL S. MASHBURN** |

## STATEMENT OF DEBTOR

Debtor, Charles Reginald Swader, states the following is true to the best of my knowledge, information, and belief:

1. I am currently employed at Venture Express, a trucking company in Smyrna, Tennessee, as a Truck Driver.

2. Due to the impacts of Covid-19, my employer has shut down until further notice.

3. I have applied for unemployment assistance.

4. I do not know the amount of any unemployment I may receive.

5. I do not know when I may be able to return to work.

I declare under penalty of perjury that the prior statements are true and correct.

Executed on:  4/14/2020

/s/ CHARLES REGINALD SWADER
CHARLES REGINALD SWADER (*Debtor*)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: CHARLES REGINALD SWADER | CASE NO: 3:17-bk-03663 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 4/15/2020, I did cause a copy of the following documents, described below,

Debtor's Motion to Modify Plan to Temporarily Suspend Payments Due to Impact of Covid-19 for a Period of 60 Days

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/15/2020
Total Mailings: 30 @ $1.00 per mailing = $30.00

/s/ Jon Daniel Long
Jon Daniel Long  31211
Long, Burnett, and Johnson, PLLC
302 42nd Ave. N
Nashville, TN  37209-0000
615 386 0075

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: CHARLES REGINALD SWADER | CASE NO: 3:17-bk-03663 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 4/15/2020, a copy of the following documents, described below,

Debtor's Motion to Modify Plan to Temporarily Suspend Payments Due to Impact of Covid-19 for a Period of 60 Days

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/15/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jon Daniel Long
Long, Burnett, and Johnson, PLLC
302 42nd Ave. N
Nashville, TN 37209-0000

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>06503<br>CASE 3-17-BK-03663<br>MIDDLE DISTRICT OF TENNESSEE<br>NASHVILLE<br>WED APR 15 12-46-24 CDT 2020 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | CM/ECF E-SERVICE<br>PRA RECEIVABLES MANAGEMENT LLC +<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| ~~EXCLUDE~~<br>~~701 BROADWAY ROOM 170~~<br>~~NASHVILLE TN 372033979~~ | BARCLAYS BANK DELAWARE<br>100 S WEST ST<br>WILMINGTON DE 19801-5015 | BELDEN JEWELERSSTERLING JEWELERS INC<br>ATTN BANKRUPTCY<br>PO BOX 1799<br>AKRON OH 44309-1799 |
| CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30253<br>SALT LAKE CITY UT 84130-0253 | CARDWORKSCW NEXUS<br>ATTN BANKRUPTCY<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 | CITIBANK NORTH AMERICA<br>CITICORP CREDIT SRVSCENTRALIZED<br>BANKRUP<br>PO BOX 790040<br>SAINT LOUIS MO 63179-0040 |
| CITIBANK NA<br>CO QUANTUM3 GROUP LLC<br>PO BOX 280<br>KIRKLAND WA 98083-0280 | COMENITY BANKVICTORIA SECRET<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | FINANCIAL DATA SYSTEMS<br>ATTN MANAGING OFFICERAGENT<br>1638 MILITARY CUTOFF RD<br>WILMINGTON NC 28403-5751 |
| FIRST PREMIER BANK<br>601 S MINNEAPOLIS AVE<br>SIOUX FALLS SD 57104 | IRS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INSOLVE AUTO FUNDING LLC CO CAPITAL RECOVE<br>DEPT 3403<br>PO BOX 123403<br>DALLAS TX 75312-3403 |
| INSOLVE RECOVERY LLC CO CAPITAL RECOVERY GR<br>DEPT 3203<br>PO BOX 123203<br>DALLAS TX 75312-3203 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS<br>ASSIGNEE OF GLC TRUST 20153<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| LENDING CLUB CORP<br>71 STEVENSON ST<br>SUITE 300<br>SAN FRANCISCO CA 94105-2985 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 772813<br>CHICAGO IL 60677-2813 | PROSPER MARKETPLACE INC<br>101 2ND ST FL 15<br>SAN FRANCISCO CA 94105-3672 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | REGIONAL MANAGEMENT CORPORATION<br>979 BATESVILLE ROAD SUITE B<br>GREER SC 29651-6819 | STERLING JEWELERS INC DBA KAY JEWELERS<br>CO WELTMAN WEINBERG REIS CO LPA<br>436 SEVENTH AVENUE STE 2500<br>PITTSBURGH PA 15219-1842 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SYNCBELECTRONICS EXPR
PO BOX 965064
ORLANDO FL 32896-5064

SYNCHRONY BANK JC PENNEYS
ATTN BANKRUPTCY
PO BOX 956060
ORLANDO FL 32896-0001

SYNCHRONY BANKSAMS
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKWALMART
ATTN BANKRUPTCY
PO BOX 956060
ORLANDO FL 32896-0001

CM/ECF E-SERVICE

US TRUSTEE +
OFFICE OF THE UNITED STATES TRUSTEE
701 BROADWAY STE 318
NASHVILLE TN 37203-3966

VITAL RECOVERY SERVICES INC
PO BOX 923748
NORCROSS GA 30010-3748

DEBTOR

CHARLES REGINALD SWADER
654 WADE RD
MURFREESBORO TN 37130-7734

CM/ECF E-SERVICE

HENRY EDWARD HILDEBRAND III +
OFFICE OF THE CHAPTER 13 TRUSTEE
PO BOX 340019
NASHVILLE TN 37203-0019

~~EXCLUDE~~

~~JON DANIEL LONG +~~
~~LONG BURNETT JOHNSON PLLC~~
~~302 42ND AVE NO~~
~~NASHVILLE TN 37209-3602~~